# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131253

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PHILIP L. WRIGHT, PAMELA G. WRIGHT,
and CARL E. WELMERS,
        Plaintiffs-Appellees,

v

           SC: 131253
           COA: 258762
           Kent CC: 01-007550-CZ

TIMOTHY H. CLAUS, JAMES G. NIHEMS, JR.,
and PRO-MED DELIVERY, INC.,
        Defendants,

and

SEND DELIVERY, INC.,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
               Clerk

s0821